UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR-07-175-RHW |
| | ) | |
| Vs. | ) | ORDER GRANTING UNOPPOSED |
| | ) | MOTION TO MODIFY |
| DONALD D. MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

The unopposed Motion to Modify conditions of release having been read and considered,

**IT IS ORDERED** that the unopposed Motion to Modify **(Ct. Rec. 46)** is **GRANTED.** Mr. Miller's conditions of release are modified to allow Mr. Miller to seek and maintain employment with the permission of his supervising probation officer. Mr. Miller shall notify his supervising probation officer of his intent to look for jobs and the location and contact information of any potential employer.

All other conditions in this court's prior order shall remain.

DATED June 9, 2008.


S/ CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE